## BAGGETT v. THE STATE.

LITTLE, J.    The evidence fully warranted the verdict, and there was no error prejudicial to the defendant in the admission of the evidence of which complaint was made.    The trial judge did not err in overruling the motion for a new trial.                    Judgment affirmed.    All the Justices concurring.

Submitted November 19, — Decided December 10, 1901.

Indictment for assault and battery.    Before Judge Bower.    City court of Bainbridge.    October 3, 1901.